United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 21-04795-CPM |
| Katalin Kozma | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 24, 2021 | Form ID: pdfdoc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Katalin Kozma, 1240 Solitude Ln, Sarasota, FL 34242-2214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021             Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth W Eckhart | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO1 eeckhart@logs.com, LOGSECF@logs.com |
| Jon Waage | jwflecf@trustee13.com |
| Kimberly McIntyre | on behalf of Trustee Jon Waage kimberly.mcintyre@tampa13.com |
| Reka Beane | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS reka.beane@mccalla.com |
| United States Trustee - TPA7/13, 7 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 5

ORDERED.

Dated: **November 24, 2021**

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Chapter 13

Katalin Kozma,                                     Case No. 8:21-bk-04795-CPM

   Debtor.
_____/

**ORDER ON PAPER TITLED "INDEMNITY BOND"**

On November 23, 2021, the Debtor delivered to the Court's intake office a paper (the "Paper") (Doc. No. 26) titled "Indemnity Bond."[1] The Paper, which appears to have been created by the Debtor herself, does not constitute a pleading, motion, objection, application, or other paper over which the Court might exercise jurisdiction. Therefore, the Court finds that it is appropriate to take no action in response to the Paper and to return the original Paper to the Debtor. To the extent the Debtor attempted to use the Paper as payment for chapter 13 plan payments, plan payments are made directly to the chapter 13 trustee, not to the Court, and the trustee accepts payment only in the form of a money order or cashier's check. Accordingly, it is

**ORDERED** that the Court takes no action on the Paper and will return the original Paper to the Debtor via certified mail at her address of record.

The Clerk is directed to serve a copy of this order on the Debtor.

---

[1] The Paper identifies the Debtor, serving in various capacities, as the Obligee, the Obligor, and the Surety, as well as the Executor and Beneficiary of the self-titled "Katalin Kozma Trust."