ORDERED.

Dated:  December 06, 2021

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Katalin Kozma,                                                              Case No. 8:21-bk-04795-CPM

  Debtor.                                                                           Chapter 13
_____/

## ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

THIS CASE came on for consideration on the Court's own motion to consider entry of an appropriate order.  Under 11 U.S.C. § 109(e), only an individual with regular income who owes, as of the petition date, noncontingent, unliquidated, unsecured debts of less than $419,275 and noncontingent, unliquidated, secured debts of less than $1,257,850 may be debtor under chapter 13.[1]  The Debtors schedules (Doc. No. 29) reflect her debts for these two debt categories as $2,569,293.19 and $6,697,243.00, respectively.  The Claims Registry for her case reflects total claims of $8,078,636.70, of which $6,720,948.24 is identified as secured debt.

Accordingly, it is

---

[1] Section 109 applies additional restrictions not applicable here.  *Id.*

**ORDERED** that the Debtor is directed to appear before the Court on December 15, 2021, at 3:00 p.m., in Courtroom 8B, Sam M. Gibbons Courthouse, 801 North Florida Avenue, Tampa, Florida,[2] to show cause why the Court should not dismiss this case because the Debtor's debts far exceed the debt caps set forth in § 109(e). Failure of the Debtor to appear before the Court may result in the entry of an order prescribing the relief described above, as well as any other relief the Court deems appropriate.

The Clerk's office is directed to serve a copy of this order on the Debtor and interested non-CM/ECF filers.

---

[2] Hearing Procedures: Unless otherwise notified by the Court, parties may attend the hearing in person, by Zoom, or by telephone. If attending by Zoom, please register as directed on the case docket to receive the Zoom conference link. Note: parties appearing by Zoom must register in advance, have sufficient internet bandwidth and equipment to facilitate seamless video appearances, should turn off their video until their case is called, and mute their microphones unless they are addressing the Court. Appropriate courtroom attire is required. There is no cost to attend hearings by Zoom. If attending by telephone, parties must make arrangements through CourtCall (866−582−6878) no later than 5:00 p.m. on the business day preceding the hearing.