RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2019155646   6   PG(S)
11/12/2019 2:43 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
Receipt # 2446271

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL COURTS

DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS INC MORTGAGE ASSET BACKED PASSTHROUGH CERTIFICATES SERIES 2007-QO1,

    Plaintiff,

vs.

KATALIN KOZMA, *et al.*,

    Defendants.
_____/

CASE NO.: 2017 CA 000935 NC

## AMENDED FINAL JUDGMENT OF MORTGAGE FORECLOSURE
(*to include legal description)

THIS action was tried before the Court on May 14 and 15, 2019. On the evidence presented,

IT IS ORDERED AND ADJUDGED that:

1. Plaintiff, DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS INC MORTGAGE ASSETBACKED PASSTHROUGH CERTIFICATES SERIES 2007-QO1, is due

| | | |
|---|---|---:|
| Principal | | $854,056.86 |
| Interest through 5/15/2019 | | $195,304.01 |
| Advances | | $131,472.05 |
|   Flood | $20,196.00 | |
|   Hazard | $36,830.65 | |
|   Tax | $74,445.50 | |
| Court costs, now taxed | | $ 2,285.00 |
|   Title Search: | $ 290.00 | |
|   Filing/Summons Fees: | $1,995.00 | |
| **TOTAL** | | **$1,183,117.92** |

1

Exhibit A

that shall bear interest at the rate of 6.77% a year, and shall be adjusted annually as required by Fla. Stat. §55.03.

2. Plaintiff holds a lien for the total sum superior to all claims or estates of Defendants on the following described property in Sarasota County, Florida: **SEE EXHIBIT "A" ATTACHED.**

3. If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the clerk of this court shall sell the property at public sale on DECEMBER 11, 2019 to the highest bidder for cash, except as prescribed in paragraph 4, in accordance with section 45.031, Florida Statutes, using the following method:

| Sales information | Date [Clerk Inserts] | Time | Location |
| --- | --- | --- | --- |
| Sarasota County | 12/11/2019 | 9:00 a.m. | Foreclosure sales conducted via Internet: www.sarasota.realforeclosure.com |

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

5. On filing the certificate of title the clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of plaintiff's costs; second, documentary stamps affixed to the certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. On filing the certificate of sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the certificate of title, the person named on the certificate of title shall be let into possession of the property.

7. The court retains jurisdiction of this action to enter further Orders that are proper, including without limitation, an Order authorizing writ of possession, an award of attorney's fees, and to enter a deficiency judgment if the Defendants have not been discharged in bankruptcy.

Exhibit A

8. Plaintiff's Judgment shall be assignable without Order of Court, and any assignee of Plaintiff's Judgment and/or right to bid shall be vested with the same rights, and subject to the same terms and conditions, as is the Plaintiff under this Final Judgment Order.

**NOTICE PURSUANT TO §45.031, FLORIDA STATUTES (2006):**

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT WITHIN 10 DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

| **Sarasota County Clerk of Court** |
| --- |
| 2000 Main Street |
| Sarasota, Florida  34237 |
| (941)861-7400 |
| www.sarasotaclerk.com |

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT THE LOCAL LEGAL SERVICES LISTED BELOW TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT ONE OF THE SERVICES LISTED BELOW, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

| **Sarasota County** |
| --- |
| **Legal Aid of Manasota** |

Exhibit A

| |
|---|
| **Sarasota Office**<br>1900 Main Street, Suite 302<br>Sarasota, Florida 34236<br>(941)366-0038<br><br>**Venice Office**<br>7810 Tamiami Trail, Suite A6<br>Venice, Florida 34292<br>(941)492-4631 |
| **Gulfcoast Legal Services**<br>1750 17th St., Bldg. 1<br>Sarasota, Florida  34236<br>(941)366-1746<br>www.gulfcoast.legal.org |

      DONE AND **ORDERED** in Chambers in SARASOTA County, Florida, this \_\_8th\_\_\_ day of October, 2019.

                                                       MARIA RUHL, CIRCUIT JUDGE

*Copies furnished to all parties on the below Service List*

### SERVICE LIST

BARRY STUART FISHMAN
SHAPIRO & FISHMAN
4630 WOODLAND CORPORATE BLVDSTE 100
TAMPA, FL  33614

C HAROLD HOUSTON III
50 N LAURA STREET
SUITE 3300
JACKSONVILLE, FL  32202


JAMES R ACKLEY PA
3362 BLUE FIN DRIVE
WEST PALM BEACH, FL  33411


KATALIN KOZMA
1240 SOLITUDE LANE
SARASOTA, FL  34242

Exhibit A

RICHARD ROBACKER
5965 GIARDINO LANE
SARASOTA, FL 34232

PATRICIA ROBACKER
3279 BROCKTON LANE, #719
SARASOTA, FL 34239

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS INC ACTING SOLELY AS NOMINEE
FOR HOMECOMINGS FINANCIAL LLC (FKA
HOMECOMINGS FINANCIAL NETWORK INC) ITS
SUCCESSORS AND ASSIGNS
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Exhibit A

# Exhibit A

**LOT 14, LESS THE FOLLOWING DESCRIBED PART OF LOT 14:**

Begin at the most Northerly corner of Lot 14, SECLUDED HARBOUR, according to the plat thereof, recorded in Plat Book 17, Page(s) 47 of the Public Records of SARASOTA County, Florida, (being also the most Easterly corner of Solitude Lane); thence S 58deg.,34'08" East, along the line between Lots 14 & 15, said SECLUDED HARBOUR, a distance of 40.30 feet; thence N 70deg.,26'55" West, 45.02 feet to the Northwesterly line of said Lot 14; thence N 53deg.,29'33" East, along said Northwesterly line, 10.00 feet to the point of beginning.

**TOGETHER WITH THE EASTERLY 1/2 OF LOT 13, SECLUDED HARBOUR, MORE FULLY DESCRIBED AS FOLLOWS:**

Lot 13, LESS THE FOLLOWING DESCRIBED PART OF LOT 13:

Portion of Lot 13, SECLUDED HARBOUR SUBDIVISION, as per plat thereof, recorded in Plat Book 17, Page 47, Public Records of SARASOIA County, Florida, which is more particularly described as follows:
Begin at the intersection of the Southerly row line of Solitude Lane, a 20 foot private road and the Westerly line of Lot 13, also being the Easterly line of Lot 12 in SECLUDED HARBOUR SUBDIVISION, as recorded in Plat Book 17, Page 47, Public Records of SARASOTA County, Florida; thence S 29deg.,02'57" E 100.73 feet; thence N 53deg.,29'33" E 49.00 feet; thence N 29deg.,02'57" W 100.73 feet; thence S 53deg.,29'33" W 49.00 feet to the point of beginning.

Parcel Identification Number: 0106-06-0003

File Number: 06-S114

DoubleTime®

Exhibit A



ClerkNet

User Name - Public
Group - Public Anon Internet

Home | Search | Case Lists | Logout

Subscribe To Email Alerts | Return To Search | View Printer Friendly Version

**Case Details**

| | | | |
|---|---|---|---|
| Case Number: | 2017 CA 000935 NC | Uniform Case Number: | 582017CA000935XXXANC | Case Status: | CLOS |
| Case File Date: | 02/23/2017 | Case Close Date: | 11/06/2019 | Judge: | MCHUGH, ANDREA |

**Party Information**

| Party Name | Party Type | Attorney (Date Dismissed) |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS INC MORTGAGE ASSETBACKED PASSTHROUGH CERTIFICATES SERIES 2007QO1 | Plaintiff | FISHMAN, BARRY STUART (01/29/2020) HOUSTON, C (01/29/2020) PASKY, DANIEL (01/29/2020) BOWYER, JASON (01/29/2020) KOPF, JENNIFER (03/08/2021) |
| KOZMA, KATALIN | Defendant | MACK-MAJKA, JACQULYN (04/07/2020) ACKLEY, JAMES (04/07/2020) |
| UNKNOWN SPOUSE OF KATALIN KOZMA | Defendant | |
| ROBACKER, RICHARD | Defendant | |
| ROBACKER, PATRICIA | Defendant | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ACTING SOLELY AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC (FKA HOMECOMINGS FINANCIAL NETWORK INC) ITS SUCCESSORS AND ASSIGNS | Defendant | |
| UNKNOWN PARTIES IN POSSESSION 1 AS TO 1236 SOLITUDE LANE | Defendant | |
| UNKNOWN PARTIES IN POSSESSION 2 AS TO 1236 SOLITUDE LANE | Defendant | |
| UNKNOWN PARTIES IN POSSESSION 1 AS TO 1240 SOLITUDE LANE | Defendant | |
| UNKNOWN PARTIES IN POSSESSION 2 AS TO 1240 SOLITUDE LANE | Defendant | |

**Case Events**

| Date | Time | Location | Description | Court Result |
|---|---|---|---|---|
| 06/14/2017 | 09:00 AM | COURTROOM 7C | MOTIONS | |
| 08/09/2017 | 02:30 PM | COURTROOM 7C | MOTIONS | CANCELLED BY JACS INTERFACE |
| 08/09/2017 | 02:30 PM | COURTROOM 7C | MOTIONS | |
| 11/20/2018 | 11:30 AM | COURTROOM 6C | MOTIONS | CANCELLED BY JACS INTERFACE |
| 01/08/2019 | 01:30 PM | COURTROOM 6A | MOTIONS | |
| 03/27/2019 | 11:00 AM | COURTROOM 6A | MOTIONS | CANCELLED BY JACS INTERFACE |
| 05/02/2019 | 09:00 AM | COURTROOM 7C | MOTIONS | |
| 12/11/2019 | 09:00 AM | COURTROOM ONLINE | JUDICIAL SALES | |
| 12/20/2019 | 09:00 AM | COURTROOM 6A | MOTIONS | |
| 12/30/2019 | 09:00 AM | COURTROOM 6A | MOTIONS | |
| 01/03/2020 | 09:00 AM | COURTROOM ONLINE | JUDICIAL SALES | |
| 09/14/2021 | 10:30 AM | COURTROOM 7A | MOTIONS | |
| 09/21/2021 | 09:00 AM | COURTROOM ONLINE | JUDICIAL SALES | CNCL |

**Case Fees**

| Fee Description | Total Fee | Amount Paid | Waived Amount | Amount Outstanding |
|---|---|---|---|---|
| PREPARATION OF APPEAL - BALANCE DUE | $40.50 | $40.50 | $0.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |

Exhibit A

| Fee Description | Total Fee | Amount Paid | Waived Amount | Amount Outstanding |
|---|---|---|---|---|
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| COMPLAINT FORECLSE >$250,000 | $1,905.00 | $1,905.00 | $0.00 | $0.00 |
| ADDITIONAL DEFENDANTS IN EXCESS OF FIVE @ $2.50 PER DEFENDANT | $10.00 | $0.00 | $0.00 | $10.00 |
| PREPARATION OF APPEAL - BALANCE DUE | $37.00 | $37.00 | $0.00 | $0.00 |
| PREPARATION OF APPEAL - BALANCE DUE | $100.00 | $100.00 | $0.00 | $0.00 |
| NOTICE OF APPEAL - FILED AND RECORDED | $100.00 | $100.00 | $0.00 | $0.00 |
| JUDICIAL SALES - ELECTRONIC SALE FEE | $70.00 | $70.00 | $0.00 | $0.00 |
| JUDICIAL SALE FEE | $70.00 | $70.00 | $0.00 | $0.00 |
| PREPARATION OF APPEAL - BALANCE DUE | $274.50 | $274.50 | $0.00 | $0.00 |
| JUDICIAL SALES - ELECTRONIC SALE FEE | $70.00 | $70.00 | $0.00 | $0.00 |
| TOTAL | **$2,767.00** | **$2,757.00** | **$0.00** | **$10.00** |

### Case Docket

- Available
- Protected
- Sealed
- Viewable On Request (VOR)
- VOR Pending

Create PDF From Selected

| Add All | Docket Date | DIN | Description | Pages | Image |
|---|---|---|---|---|---|
| ☐ | 10/14/2021 | 240 | NOTICE - KATALIN KOZMA | 2 | 📁 |
| ☐ | 9/23/2021 | 239 | NOTICE - SERVICE OF ORDER - MOTION TO CANCEL FORECLOSURE SALE | 4 | 📁 |
| ☐ | 9/21/2021 | 238 | ORDER - CANCELLING SALE | 2 | 📁 |
|   | 9/21/2021 | 235 | FORECLOSURE SALE CANCELLED FOR 9/21/2021 | 0 |  |
| ☐ | 9/20/2021 | 237 | AFFIDAVIT - POST JUDGMENT ADVANCES | 2 | 📁 |
| ☐ | 9/20/2021 | 236 | NOTICE OF FILING - AFFIDAVIT POST JUDGMENT ADVANCES | 2 | 📁 |
| ☐ | 9/20/2021 | 234 | MOTION - CANCEL FORECLOSURE SALE | 2 | 📁 |
| ☐ | 9/20/2021 | 233 | SUGGESTION OF BANKRUPTCY | 3 | 📁 |
|   | 9/17/2021 | 232 | JUDICIAL SALES SET FOR 09/21/2021 AT 9:00 AM IN ONLINE , JDG: JUDICIAL SALES | 0 |  |
| ☐ | 9/17/2021 | 231 | PAYMENT $70.00 RECEIPT #2021079486 | 1 | 📁 |
| ☐ | 9/14/2021 | 230 | DISCLAIMER - FIDUCIARY INTEREST | 3 | 📁 |
| ☐ | 9/14/2021 | 229 | COURT APPEARANCE RECORD | 3 | 📁 |
| ☐ | 9/10/2021 | 228 | PROOF OF PUBLICATION OF SALE | 2 | 📁 |
| ☐ | 8/31/2021 | 227 | ORDER FROM DISTRICT COURT OF APPEALS - 2D19-4644 | 1 | 📁 |
| ☐ | 8/26/2021 | 226 | NOTICE- OF SERVICE OF ORDER ON PLAINTIFF'S MOTION TO RESCHEDULE | 4 | 📁 |
| ☐ | 8/26/2021 | 225 | NOTICE OF HEARING | 4 | 📁 |
| ☐ | 8/26/2021 | 224 | NOTICE OF SALE | 3 | 📁 |
|   | 8/25/2021 | 223 | COURT EVENT SET EVENT: MOTIONS DATE: Sep 14 2021 10:30AM JUDGE: MCHUGH, ANDREA LOCATION: JACS | 0 |  |
| ☐ | 8/24/2021 | 222 | MOTION - TO WITHDRAW | 2 | 📁 |
|   | 8/18/2021 | 221 | ACTION: CORRESPONDENCE EMAILED TO ATTORNEY KOPF | 0 |  |
| ☐ | 8/18/2021 | 220 | CORRESPONDENCE PUBLIC | 1 | 📁 |
| ☐ | 8/17/2021 | 219 | ORDER - RESCHEDULING SALE | 2 | 📁 |
| ☐ | 8/9/2021 | 218 | MOTION - RESCHEDULE SALE | 2 | 📁 |
|   | 7/20/2021 | 217 | ACTION: PRO SE CORRESPONDENCE EMAILED TO JUDGE MCHUGH'S JUDICIAL ASSISTANT FOR THE COURT'S REVIEW | 0 |  |
| ☐ | 7/20/2021 | 216 | PRO SE CORRESPONDENCE | 34 | 📁 |
| ☐ | 7/20/2021 | 215 | PRO SE CORRESPONDENCE | 49 | 📁 |
|   | 5/10/2021 | 214 | ACTION: FORWARDED MANDATE & OPINION TO JUDICIAL ASSISTANTS FOR JUDGES MCHUGH AND RUHL AND COURT COUNSEL FOR REVIEW - 2D19-4644 | 0 |  |
| ☐ | 5/10/2021 | 213 | APPEAL MANDATE & OPINION ISSUED ON APPEAL - AFFIRMED - 2D19-4644 | 4 | 📁 |
| ☐ | 5/3/2021 | 212 | ORDER - DENYING MOTION VACATE | 2 | 📁 |

Exhibit A

| Add All | Docket Date | DIN | Description | Pages | Image |
|---|---|---|---|---|---|
| | 4/30/2021 | 211 | ACTION: EMAILED MOTION - TO VACATE FINAL SUMMARY JUDGMENT AND DISMISS COMPLAINT TO JUDGE CARROLL AND HIS JUDICIAL ASSISTANT FOR REVIEW | 0 | |
| ☐ | 4/30/2021 | 210 | MOTION - TO VACATE FINAL SUMMARY JUDGMENT AND DISMISS COMPLAINT | 10 | 📁 |
| ☐ | 4/14/2021 | 209 | APPEAL - ORDER - 2D19-4644 | 1 | 📁 |
| ☐ | 3/5/2021 | 208 | ADDRESS CHANGE - FIRM NAME | 2 | 📁 |
| ☐ | 11/2/2020 | 207 | ORDER FROM DISTRICT COURT OF APPEALS - 2D19-4644 | 1 | 📁 |
| | 9/1/2020 | 206 | RECORD FORWARDED TO APPELLATE COURT - SECOND SUPPLEMENTAL - 2D19-4644 | 0 | |
| ☐ | 9/1/2020 | 205 | APPEAL COVERSHEET & INDEX PREPARED AND FORWARDED TO APPELLATE PARTIES - SECOND SUPPLEMENTAL - 2D19-4644 | 3 | 📁 |
| ☐ | 9/1/2020 | 204 | PAYMENT $0.50 RECEIPT #2020068315 | 2 | 📁 |
| ☐ | 9/1/2020 | 203 | PAYMENT $40.00 RECEIPT #2020068265 | 2 | 📁 |
| ☐ | 8/27/2020 | 202 | APPEAL COST SHEET PREPARED & FORWARDED - 2D19-4644 | 1 | 📁 |
| ☐ | 8/27/2020 | 201 | SUPPLEMENTAL FEE LETTER FOR PREPARATION OF APPEAL - 2D19-4644 | 1 | 📁 |
| ☐ | 8/24/2020 | 200 | DIRECTIONS TO CLERK - APPEAL | 3 | 📁 |
| ☐ | 8/24/2020 | 199 | NOTICE OF FILING - DOCUMENTS JUDICIALLY NOTICED AT TRIAL | 5 | 📁 |
| ☐ | 8/20/2020 | 198 | ORDER SUPPLEMENTING APPEAL RECORD - 2D19-4644 | 1 | 📁 |
| ☐ | 7/15/2020 | 197 | ORDER EXTENSION OF TIME - APPEAL - 2D19-4644 | 1 | 📁 |
| ☐ | 7/7/2020 | 196 | ORDER EXTENSION OF TIME - APPEAL - 2D19-4644 | 1 | 📁 |
| ☐ | 6/26/2020 | 195 | ORDER EXTENSION OF TIME - APPEAL - 2D19-4644 | 1 | 📁 |
| ☐ | 5/27/2020 | 194 | ORDER EXTENSION OF TIME - APPEAL - 2D19-4644 | 1 | 📁 |
| ☐ | 5/11/2020 | 193 | MAIL RETURNED - C. HAROLD HOUSTON, III, ESQ. | 4 | 📁 |
| | 5/5/2020 | 192 | RECORD FORWARDED TO APPELLATE COURT - FIRST SUPPLEMENTAL - 2D19-4644 | 0 | |
| ☐ | 5/5/2020 | 191 | APPEAL COVERSHEET & INDEX PREPARED AND FORWARDED TO APPELLATE PARTIES - FIRST SUPPLEMENTAL - 2D19-4644 | 3 | 📁 |
| ☐ | 5/5/2020 | 190 | PAYMENT $37.00 RECEIPT #2020039395 | 2 | 📁 |
| ☐ | 4/30/2020 | 189 | APPEAL COST SHEET PREPARED & FORWARDED - 2D19-4644 | 1 | 📁 |
| ☐ | 4/30/2020 | 188 | SUPPLEMENTAL FEE LETTER FOR PREPARATION OF APPEAL - 2D19-4644 | 1 | 📁 |
| ☐ | 4/29/2020 | 187 | SUPPLEMENTAL DIRECTIONS TO CLERK - APPEAL | 2 | 📁 |
| ☐ | 4/24/2020 | 186 | ORDER SUPPLEMENTING APPEAL RECORD - 2D19-4644 | 1 | 📁 |
| ☐ | 4/8/2020 | 185 | NOTICE OF FILING - TRANSCRIPT OF PROCEEDINGS FROM MAY 2, 2019 | 75 | 📁 |
| ☐ | 4/6/2020 | 184 | NOTICE OF DESIGNATION OF EMAIL | 3 | 📁 |
| ☐ | 4/6/2020 | 183 | NOTICE OF APPEARANCE | 2 | 📁 |
| ☐ | 2/18/2020 | 182 | ORDER EXTENSION OF TIME - APPEAL - 2D19-4644 | 1 | 📁 |
| ☐ | 1/31/2020 | 181 | TRANSCRIPT - MAY 15, 2019 - APPEAL | 110 | 📁 |
| ☐ | 1/31/2020 | 180 | TRANSCRIPT - MAY 14, 2019 - APPEAL | 138 | 📁 |
| ☐ | 1/21/2020 | 179 | MAIL RETURNED - RICHARD ROBACKER | 6 | 📁 |
| | 1/14/2020 | 178 | RECORD FORWARDED TO APPELLATE COURT - 2D19-4644 | 0 | |
| ☐ | 1/14/2020 | 177 | APPEAL COVERSHEET & INDEX PREPARED AND FORWARDED TO APPELLATE PARTIES - 2D19-4644 | 7 | 📁 |
| ☐ | 1/8/2020 | 176 | PAYMENT $200.00 RECEIPT #2020002390 | 1 | 📁 |
| ☐ | 1/8/2020 | 175 | RECEIPT # 2019121091 MODIFIED: PAYMENT $0.00 | 1 | 📁 |
| ☐ | 1/3/2020 | 174 | PAYMENT $274.50 RECEIPT #2020000918 | 1 | 📁 |
| ☐ | 1/3/2020 | 173 | RECEIPT # 2020000915 MODIFIED: PAYMENT $0.00 | 1 | 📁 |
| ☐ | 1/3/2020 | 172 | PAYMENT $274.50 RECEIPT #2020000915 | 1 | 📁 |
| ☐ | 12/30/2019 | 171 | NOTICE - OF SERVICE - ORDER CANCELLING FORECLOSURE SALE | 4 | 📁 |
| | 12/30/2019 | 170 | FORECLOSURE SALE CANCELLED FOR 1/3/2020 PER ORDER | 0 | |
| ☐ | 12/30/2019 | 169 | MOTION - TO STAY THE FORECLOSURE SALE PENDING HEARING REGARDING WETHER BOND IS NECESSARY AND IF SO THE AMOUNT OF BOND - COPY RECEIVED FROM JUDGE OFFICE | 3 | 📁 |
| ☐ | 12/30/2019 | 168 | ORDER - CANCELLING SALE | 2 | 📁 |
| | 12/30/2019 | 167 | PROOF OF PUBLICATION VERIFIED FOR 1/3/2020 | 0 | |
| ☐ | 12/30/2019 | 166 | COURT APPEARANCE RECORD | 2 | 📁 |
| | 12/27/2019 | 165 | ACTION: EMAILED COPY OF - FORECLOSURE CORRESPONDENCE CANCEL SALE - TO JUDGE AND JUDICIAL ASSISTANT | 0 | |
| ☐ | 12/27/2019 | 164 | FORECLOSURE CORRESPONDENCE CANCEL SALE | 2 | 📁 |
| ☐ | 12/27/2019 | 163 | AFFIDAVIT - ATTORNEY'S AFFIDAVIT OF POST JUDGMENT ADVANCES AND POST JUDGMENT INTEREST | 2 | 📁 |
| ☐ | 12/27/2019 | 162 | NOTICE OF FILING - ATTORNEY'S AFFIDAVIT OF POST JUDGMENT ADVANCES AND POST JUDGMENT INTEREST | 2 | 📁 |
| ☐ | 12/26/2019 | 161 | ORDER SETTING COURT DATE | 2 | 📁 |

Exhibit A

| Add All | Docket Date | DIN | Description | Pages | Image |
|---|---|---|---|---|---|
| ☐ | 12/26/2019 | 160 | APPEAL COST SHEET PREPARED & FORWARDED / 2D19-4644 | 1 | 📁 |
| ☐ | 12/26/2019 | 159 | FEE LETTER FOR PREPARATION OF APPEAL / 2D19-4644 | 1 | 📁 |
|  | 12/26/2019 | 158 | COURT EVENT SET EVENT: MOTIONS DATE: Dec 30 2019 9:00AM JUDGE: CARROLL, HUNTER W LOCATION: JACS | 0 |  |
| ☐ | 12/20/2019 | 157 | ORDER - JUDICIAL SALES - ON OBJECTION AND MOTION TO SET ASIDE FORECLOSURE SALE | 1 | 📁 |
| ☐ | 12/20/2019 | 156 | COURT APPEARANCE RECORD | 2 | 📁 |
| ☐ | 12/19/2019 | 155 | ORDER SETTING COURT DATE | 2 | 📁 |
| ☐ | 12/18/2019 | 154 | NOTICE - OF SERVICE OR ORDER CANCELLING AND RESCHEDULING FORECLOSURE SALE | 4 | 📁 |
|  | 12/18/2019 | 153 | COURT EVENT SET EVENT: MOTIONS DATE: Dec 20 2019 9:00AM JUDGE: CARROLL, HUNTER W LOCATION: JACS | 0 |  |
| ☐ | 12/16/2019 | 152 | MOTION - DEFENDANTS PRO SE OBJECTION TO SALE MOTION TO SET ASIDE FORECLOSURE SALE, TO CANCEL SALE AND TO STAY PROCEEDINGS | 37 | 📁 |
|  | 12/16/2019 | 151 | ACTION: MOTION FILED 12/16/19 EMAILED TO JUDGE CARROLLL AND JUDICIAL ASSISTANT | 0 |  |
| ☐ | 12/13/2019 | 150 | PROOF OF PUBLICATION OF SALE | 2 | 📁 |
| ☐ | 12/6/2019 | 149 | AMENDED ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE / 2D19-4644 | 1 | 📁 |
| ☐ | 12/6/2019 | 148 | ORDER FROM DISTRICT COURT OF APPEALS / 2D19-4644 | 1 | 📁 |
| ☐ | 12/6/2019 | 147 | ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE / 2D19-4644 | 1 | 📁 |
|  | 12/5/2019 | 146 | FORWARD NOTICE OF APPEAL TO APPELLATE COURT | 0 |  |
| ☐ | 12/5/2019 | 145 | PAYMENT $0.00 RECEIPT #2019121092 | 1 | 📁 |
| ☐ | 12/5/2019 | 144 | PAYMENT $200.00 RECEIPT #2019121091 | 1 | 📁 |
| ☐ | 12/5/2019 | 143 | NOTICE OF APPEAL - FILED AND RECORDED - Recorded (OR. / 2019167645) | 13 | 📁 |
| ☐ | 12/5/2019 | 142 | NOTICE | 1 | 📁 |
| ☐ | 12/3/2019 | 141 | FORECLOSURE - NOTICE SALE PROPOSED | 3 | 📁 |
|  | 11/25/2019 | 140 | JUDICIAL SALES SET FOR 01/03/2020 AT 9:00 AM IN ONLINE , JDG: JUDICIAL SALES | 0 |  |
|  | 11/25/2019 | 139 | FORECLOSURE SALE CANCELLED FOR 12/11/2019 | 0 |  |
| ☐ | 11/22/2019 | 138 | MOTION - TO CANCEL FORECLOSURE SALE | 3 | 📁 |
| ☐ | 11/22/2019 | 137 | ORDER - CANCELLING SALE - RE-SCHEDULE SALE | 2 | 📁 |
| ☐ | 11/22/2019 | 136 | ORDER - JUDICIAL SALES - CANCEL FORECLOSURE SALE | 2 | 📁 |
| ☐ | 11/22/2019 | 135 | PROOF OF PUBLICATION OF SALE | 2 | 📁 |
| ☐ | 11/21/2019 | 134 | MOTION - CANCEL SALE | 2 | 📁 |
| ☐ | 11/19/2019 | 133 | MAIL RETURNED - JAMES R ACKLEY PA | 6 | 📁 |
| ☐ | 11/18/2019 | 132 | PAYMENT $140.00 RECEIPT #2019114867 | 1 | 📁 |
| ☐ | 11/15/2019 | 131 | PHONE CONVERSATION RECORD | 1 | 📁 |
| ☐ | 11/12/2019 | 130 | JUDGMENT - FORECLOSURE - AMENDED FINAL - RECORDED (OR. / 2019155646) | 6 | 📁 |
| ☐ | 11/7/2019 | 129 | NOTICE OF SALE | 3 | 📁 |
| ☐ | 11/7/2019 | 128 | PHONE CONVERSATION RECORD | 1 | 📁 |
| ☐ | 11/6/2019 | 127 | JUDGMENT - FORECLOSURE - RECORDED - RECORDED (OR. / 2019153485) | 5 | 📁 |
|  | 11/6/2019 | 126 | JUDICIAL SALES SET FOR 12/11/2019 AT 9:00 AM IN ONLINE , JDG: JUDICIAL SALES | 0 |  |
| ☐ | 5/15/2019 | 125 | EVIDENCE RECORD - PLAINTIFF #43700 | 147 | 📁 |
| ☐ | 5/15/2019 | 124 | EVIDENCE RECORD #43533 - DEFENDANT | 105 | 📁 |
| ☐ | 5/15/2019 | 123 | EVIDENCE RECORD - PLAINTIFF #43532 | 101 | 📁 |
| ☐ | 5/15/2019 | 122 | EVIDENCE RECORD - DEFENDANT #43534 | 12 | 📁 |
| ☐ | 5/15/2019 | 121 | COURT APPEARANCE RECORD | 1 | 📁 |
| ☐ | 5/14/2019 | 120 | COURT APPEARANCE RECORD | 2 | 📁 |
| ☐ | 5/13/2019 | 119 | MOTION - EMERGENCY MOTION TO CONTINUE NON-JURY TRIAL - PLAINTIFF"S | 4 | 📁 |
| ☐ | 5/9/2019 | 118 | NOTICE OF TAKING DEPOSITION | 3 | 📁 |
|  | 5/3/2019 | 117 | EVIDENCE RECORD WAITING FOR CONTINUANCE OF COURT EVENT # 43700 | 0 |  |
| ☐ | 5/2/2019 | 116 | COURT APPEARANCE RECORD | 1 | 📁 |
| ☐ | 5/1/2019 | 115 | NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS | 3 | 📁 |
| ☐ | 4/30/2019 | 114 | REQUEST - JUDICIAL NOTICE | 89 | 📁 |
| ☐ | 4/30/2019 | 113 | NOTICE OF FILING - AFFIDAVIT IN OPPOSITION TO KATALIN KOZMA'S MOTION FOR SUMMARY JUDGMENT | 175 | 📁 |
| ☐ | 4/26/2019 | 112 | LIST - WITNESS AND EXHIBIT | 3 | 📁 |
| ☐ | 4/25/2019 | 111 | LIST - WITNESS - AMENDED - PLAINTIFF | 3 | 📁 |
| ☐ | 4/16/2019 | 110 | SUBPOENA RETURNED - KATALIN KOZMA - SERVED | 3 | 📁 |

| Add All | Docket Date | DIN | Description | Pages | Image |
|---|---|---|---|---|---|
| ☐ | 4/12/2019 | 109 | MOTION - SUMMARY JUDGMENT | 63 | 📁 |
| ☐ | 3/28/2019 | 108 | RESPONSE - REQUEST FOR PRODUCTION | 87 | 📁 |
| ☐ | 3/28/2019 | 107 | RESPONSE - REQUEST FOR ADMISSIONS | 2 | 📁 |
| ☐ | 3/28/2019 | 106 | RESPONSE - PLAINTIFF'S INTERROGATORIES | 5 | 📁 |
| ☐ | 3/27/2019 | 105 | RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION | 5 | 📁 |
| ☐ | 3/27/2019 | 104 | REQUEST FOR PRODUCTION - TO DEFENDANT (TRIAL EXHIBITS) | 3 | 📁 |
|  | 3/26/2019 | 103 | *** CANCELLED - COURT EVENT SET EVENT: MOTIONS DATE: Mar 27 2019 11:00AM JUDGE: CARROLL, HUNTER W LOCATION: JACS | 0 |  |
| ☐ | 3/26/2019 | 102 | NOTICE OF CANCELLATION - HEARING | 2 | 📁 |
| ☐ | 3/8/2019 | 101 | NOTICE OF SERVICE OF AMENDED ORDER SETTING CASE FOR RESIDENTIAL MORTGAGE FORECLOSURE NONJURY TRIAL | 4 | 📁 |
| ☐ | 3/7/2019 | 100 | WITNESS LIST - AMENDED | 3 | 📁 |
| ☐ | 3/5/2019 | 99 | NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS | 3 | 📁 |
| ☐ | 3/4/2019 | 98 | MAIL RETURNED - RICHARD ROBACKER | 3 | 📁 |
| ☐ | 3/1/2019 | 97 | NOTICE OF HEARING | 2 | 📁 |
| ☐ | 2/28/2019 | 96 | REQUEST FOR PRODUCTION | 13 | 📁 |
| ☐ | 2/28/2019 | 95 | REQUEST FOR ADMISSIONS | 4 | 📁 |
| ☐ | 2/28/2019 | 94 | NOTICE OF SERVICE - INTERROGATORIES | 2 | 📁 |
| ☐ | 2/27/2019 | 93 | ORDER SETTING TRIAL | 2 | 📁 |
|  | 2/20/2019 | 92 | COURT EVENT SET EVENT: MOTIONS DATE: Mar 27 2019 11:00AM JUDGE: CARROLL, HUNTER W LOCATION: JACS | 0 |  |
| ☐ | 2/14/2019 | 91 | MOTION - EXTENSION OF TIME TO COMPLY | 3 | 📁 |
| ☐ | 1/29/2019 | 90 | LIST - PLAINTIFF'S WITNESS | 2 | 📁 |
| ☐ | 1/29/2019 | 89 | LIST - PLAINTIFF'S EXHIBIT AND INTENT TO USE SUMMARY | 2 | 📁 |
| ☐ | 1/29/2019 | 88 | NOTICE - SERVICE OF ORDER SETTING CASE FOR RESIDENTIAL MORTGAGE FORECLOSURE NON-JURY TRIAL | 4 | 📁 |
| ☐ | 1/28/2019 | 87 | NOTICE OF FILING - ORIGINAL NOTE & MORTGAGE (ORIGINAL) | 32 | 📁 |
| ☐ | 1/25/2019 | 86 | NOTICE OF FILING - ORIGINAL LOAN DOCUMENTS (EFILED) | 32 | 📁 |
| ☐ | 1/16/2019 | 85 | MAIL RETURNED - RICHARD ROBACKER | 3 | 📁 |
| ☐ | 1/11/2019 | 84 | NOTICE - SERVICE OF ORDER | 3 | 📁 |
| ☐ | 1/10/2019 | 83 | ORDER SETTING TRIAL | 2 | 📁 |
|  | 1/9/2019 | 82 | COURT EVENT SET EVENT: MOTIONS DATE: May 2 2019 9:00AM JUDGE: RUHL, MARIA LOCATION: JACS | 0 |  |
|  | 1/9/2019 | 81 | COURT EVENT SET EVENT: MOTIONS DATE: May 2 2019 9:00AM JUDGE: RUHL, MARIA LOCATION: JACS | 0 |  |
| ☐ | 1/9/2019 | 80 | AFFIDAVIT -DAVID BEASLEY | 2 | 📁 |
| ☐ | 1/8/2019 | 79 | ORDER - CONCERNING DISCOVERY | 1 | 📁 |
| ☐ | 1/8/2019 | 78 | COURT APPEARANCE RECORD | 2 | 📁 |
|  | 12/26/2018 | 77 | COURT EVENT SET EVENT: MOTIONS DATE: Jan 8 2019 1:30PM JUDGE: CARROLL, HUNTER W LOCATION: JACS | 0 |  |
|  | 11/16/2018 | 76 | COURT EVENT SET EVENT: MOTIONS DATE: Jan 8 2019 1:30PM JUDGE: CARROLL, HUNTER W LOCATION: JACS | 0 |  |
| ☐ | 11/16/2018 | 75 | NOTICE OF HEARING | 2 | 📁 |
| ☐ | 11/16/2018 | 74 | NOTICE OF HEARING | 2 | 📁 |
|  | 11/14/2018 | 73 | *** CANCELLED - COURT EVENT SET EVENT: MOTIONS DATE: Nov 20 2018 11:30AM JUDGE: MCHUGH, ANDREA LOCATION: JACS | 0 |  |
|  | 10/2/2018 | 72 | COURT EVENT SET EVENT: MOTIONS DATE: Nov 20 2018 11:30AM JUDGE: MCHUGH, ANDREA LOCATION: JACS | 0 |  |
| ☐ | 10/2/2018 | 71 | NOTICE OF HEARING- SPECIAL SET | 2 | 📁 |
| ☐ | 8/29/2018 | 70 | REPLY TO AFFIRMATIVE DEFENSES | 27 | 📁 |
| ☐ | 7/30/2018 | 69 | NOTICE - SERVICE OF ORDER TO FILE REPLY | 4 | 📁 |
| ☐ | 7/30/2018 | 68 | NOTICE - SERVICE OF ORDER EXTENSON OF TIME | 4 | 📁 |
| ☐ | 7/25/2018 | 67 | INFORMATION SHEET | 1 | 📁 |
| ☐ | 7/25/2018 | 66 | ORDER - ON MOTION FOR EXTENSION OF TIME | 2 | 📁 |
| ☐ | 7/25/2018 | 65 | ORDER - FOR LEAVE TO FILE REPLY TO CORRECTIVE AFFIRMATIVE DEFENSES | 2 | 📁 |
| ☐ | 7/25/2018 | 64 | COURT APPEARANCE RECORD | 1 | 📁 |
| ☐ | 7/17/2018 | 63 | MOTION - EXTENSION OF TIME TO RESPOND | 2 | 📁 |
| ☐ | 7/17/2018 | 62 | NOTICE OF HEARING | 2 | 📁 |
| ☐ | 6/5/2018 | 61 | AMENDED ANSWER AND AFFIRMATIVE DEFENSES | 12 | 📁 |
| ☐ | 3/28/2018 | 60 | RESPONSE AND OBJECTION TO DEFENDANT REQUEST FOR PRODUCTION | 12 | 📁 |
| ☐ | 12/15/2017 | 59 | MOTION - EXTENSION OF TIME TO RESPOND TO DEFENDANT - REQUEST FOR PRODUCTION | 3 | 📁 |

Exhibit A

| Add All | Docket Date | DIN | Description | Pages | Image |
|---|---|---|---|---|---|
| ☐ | 12/9/2017 | 58 | REQUEST FOR PRODUCTION PLAINTIFF | 6 | 📁 |
| ☐ | 10/25/2017 | 57 | MOTION - LEAVE TO REPLY TO CORRECTIVE DEFENSES | 9 | 📁 |
| ☐ | 10/13/2017 | 56 | MOTION - EXTENSION TO RESPOND TO DEFENDANTS ANSWER | 3 | 📁 |
| ☐ | 9/1/2017 | 55 | DEFENDANTS' CORRECTED ANSWER AND AFFIRMATIVE DEFENSES | 9 | 📁 |
| ☐ | 8/30/2017 | 54 | DEFENDANTS ANSWER & AFFIRMATIVE DEFENSES | 9 | 📁 |
| ☐ | 8/17/2017 | 53 | NOTICE OF SERVICE OF ORDER ON DEFENDANT'S KATALIN KOZMA AMENDED MOTION FOR MORE DEFINITE STATEMENT OR IN THE ALTERNATIVE MOTION TO DISMISS | 4 | 📁 |
| ☐ | 8/9/2017 | 52 | ORDER ON DEFENDANTS KATALIN KOZMA AMENDED MOTION FOR MORE DEFINITE STATEMENT OR IN ALTERNATIVE MOTION TO DISMISS | 2 | 📁 |
| ☐ | 8/9/2017 | 51 | COURT APPEARANCE RECORD | 2 | 📁 |
| ☐ | 6/23/2017 | 50 | NOTICE OF HEARING | 2 | 📁 |
|   | 6/22/2017 | 49 | COURT EVENT SET EVENT: MOTIONS DATE: Aug 9 2017 2:30PM JUDGE: MERCURIO, FREDERICK P LOCATION: JACS | 0 |   |
|   | 6/22/2017 | 48 | *** CANCELLED - COURT EVENT SET EVENT: MOTIONS DATE: Aug 9 2017 2:30PM JUDGE: MERCURIO, FREDERICK P LOCATION: JACS | 0 |   |
|   | 6/22/2017 | 47 | COURT EVENT SET EVENT: MOTIONS DATE: Aug 9 2017 2:30PM JUDGE: MERCURIO, FREDERICK P LOCATION: JACS | 0 |   |
| ☐ | 6/16/2017 | 46 | NOTICE OF SERVICE OF ORDER ON DEFENDANTS MOTION FOR MORE DEFINITE STATEMENT OR TO DISMISS | 3 | 📁 |
| ☐ | 6/15/2017 | 45 | ORDER VACATING JUNE 14 'ORDER' AND ORDER DENYING AMENDED MOTION FOR MORE DEFINITE STATEMENT IN PART AS TO PARAGRAPH ONE | 2 | 📁 |
| ☐ | 6/14/2017 | 44 | ORDER ON DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT OR TO DISMISS | 1 | 📁 |
| ☐ | 6/14/2017 | 43 | COURT APPEARANCE RECORD | 2 | 📁 |
| ☐ | 5/23/2017 | 42 | PLAINTIFF'S RESPONSE TO DEFENDANT'S AMENDED MOTION FOR MORE DEFINITE STATEMENT OR MOTION TO DISMISS | 5 | 📁 |
| ☐ | 5/16/2017 | 41 | NOTICE OF HEARING | 2 | 📁 |
| ☐ | 5/12/2017 | 40 | AMENDED MOTIONFOR MORE DEFINITE STATEMENT OR IN THE ALTERNATIVE MOTION TO DISMISS | 5 | 📁 |
| ☐ | 5/12/2017 | 39 | PLAINTIFF'S OBJECTION TO ANY REFERENCE/REFERRAL TO A MAGISTRATE AND ITS STANDING OBJECTION TO A MAGISTRATE | 2 | 📁 |
|   | 5/10/2017 | 38 | COURT EVENT SET EVENT: MOTIONS DATE: Jun 14 2017 9:00AM JUDGE: MERCURIO, FREDERICK P LOCATION: JACS | 0 |   |
| ☐ | 5/3/2017 | 37 | PLAINTIFFS RESPONSE TO DEFENDANTS MOTION FOR MORE DEFINITE STATEMENT OR MOTION TO DISMISS | 4 | 📁 |
| ☐ | 5/3/2017 | 36 | PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT OR MOTION TO DISMISS | 4 | 📁 |
| ☐ | 4/23/2017 | 35 | MOTION FOR MORE DEFINITE STATEMENT OR, IN THE ALTERNATIVE, MOTION TO DISMISS | 6 | 📁 |
| ☐ | 4/20/2017 | 34 | DEFAULT ENTERED - 1) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ACTING SOLEY AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK INC) IT'S SUCCESSORS AND ASSIGNS 2) RICHARD ROBACKER 3) PATRICIA ROBACKER | 1 | 📁 |
| ☐ | 4/19/2017 | 33 | NOTICE OF DROPPING PARTY FILED AND RECORDED - UNKNOWN SPOUSE OF KATALIN KOZMA - UNKNOWN PARTIES IN POSSESSION #1 & #2 - ALL UNKNOWN PARTIES CLAIMING - Recorded (OR. / 2017048139) | 3 | 📁 |
| ☐ | 4/19/2017 | 32 | MOTION FOR DEFAULT - 1) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ACTING SOLEY AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK INC) IT'S SUCCESSORS AND ASSIGNS 2) RICHARD ROBACKER 3) PATRICIA ROBACKER | 2 | 📁 |
| ☐ | 4/19/2017 | 31 | NOTICE OF FILING - AFFIDAVIT OF MILITARY SERVICE | 8 | 📁 |
| ☐ | 4/18/2017 | 30 | NOTICE OF UNAVAILABILTY | 1 | 📁 |
| ☐ | 4/14/2017 | 29 | NOTICE OF BORROWER NONPARTICIPATION OR TERMINATION OF RMM PROGRAM | 1 | 📁 |
| ☐ | 4/10/2017 | 28 | MOTION TO STAY PROCEEDINGS AND FOR AN ORDER COMPELLING PLAINTIFF TO PAY FEES AND COSTS OF 12TH CIRCUIT CASE 2016-CA-0016900 | 3 | 📁 |
| ☐ | 3/24/2017 | 27 | SUMMONS NON SERVED - UNKNOWN SPOUSE OF KATALIN KOZMA | 5 | 📁 |
| ☐ | 3/23/2017 | 26 | SUMMONS NON SERVED - UNKNOWN PARTIES IN POSSESSION #2 AS TO 1240 SOLITUDE LANE | 5 | 📁 |
| ☐ | 3/23/2017 | 25 | SUMMONS SERVED - KATALIN KOZMA | 5 | 📁 |
| ☐ | 3/23/2017 | 24 | SUMMONS NON SERVED - UNKNOWN PARTIES IN POSSESSION #2 AS TO 1236 SOLITUDE LANE | 5 | 📁 |
| ☐ | 3/23/2017 | 23 | SUMMONS NON SERVED - UNKNOWN PARTIES IN POSSESSION #1 AS TO 1240 SOLITUDE LANE | 5 | 📁 |
| ☐ | 3/23/2017 | 22 | SUMMONS NON SERVED - UNKNOWN PARTIES IN POSSESSION #1 AS TO 1236 SOLIUDE LANE | 5 | 📁 |
| ☐ | 3/23/2017 | 21 | SUMMONS SERVED - MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ACTING SOLELY AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC (FKA HOMECOMINGS FINANCIAL NETWORK INC) IT'S SUCCESSORS AND ASSIGNS | 3 | 📁 |
| ☐ | 3/23/2017 | 20 | SUMMONS SERVED - PATRICIA ROBACKER | 5 | 📁 |
| ☐ | 3/23/2017 | 19 | SUMMONS SERVED - RICHARD ROBACKER | 2 | 📁 |
| ☐ | 2/24/2017 | 18 | LETTER - OUTSTANDING FEES | 1 | 📁 |
| ☐ | 2/23/2017 | 17 | PAYMENT $1,995.00 RECEIPT #2017018510 | 1 | 📁 |
| ☐ | 2/23/2017 | 16 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE- KATALIN KOZMA - ISSUED 02/23/2017 | 4 | 📁 |
| ☐ | 2/23/2017 | 15 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE- UNKNOWN SPOUSE OF KATALIN KOZMA - ISSUED 02/23/2017 | 4 | 📁 |
| ☐ | 2/23/2017 | 14 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE- RICHARD ROBACKER - ISSUED 02/23/2017 | 4 | 📁 |



Exhibit A

| Add All | Docket Date | DIN | Description | Pages | Image |
|---|---|---|---|---|---|
| ☐ | 2/23/2017 | 13 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE- PATRICIA ROBACKER - ISSUED 02/23/2017 | 4 | 📁 |
| ☐ | 2/23/2017 | 12 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE- MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC - ISSUED 02/23/2017 | 2 | 📁 |
| ☐ | 2/23/2017 | 11 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE- UNKNOWN PARTIES IN POSSESSION AS TO 1236 SOLITUDE LANE - ISSUED 02/23/2017 | 4 | 📁 |
| ☐ | 2/23/2017 | 10 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE- UNKNOWN PARTIES IN POSSESSION # 2 AS TO 1236 SOLITUDE LANE - ISSUED 02/23/2017 | 4 | 📁 |
| ☐ | 2/23/2017 | 9 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE- UNKNOWN PARTIES IN POSSESSION # 1 AS TO 1240 SOLITUDE LANE - ISSUED 02/23/2017 | 4 | 📁 |
| ☐ | 2/23/2017 | 8 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE- UNKNOWN PARTIES IN POSSESSION # 2 AT TO 1240 SOLITUDE LANE - ISSUED 02/23/2017 | 4 | 📁 |
| ☐ | 2/23/2017 | 7 | NOTICE OF FILING- CERTIFICATION OF NOTE POSSESSION | 9 | 📁 |
| ☐ | 2/23/2017 | 6 | FORECLOSURE FORM B | 1 | 📁 |
| ☐ | 2/23/2017 | 5 | FORECLOSURE FORM A | 4 | 📁 |
| ☐ | 2/23/2017 | 4 | LIS PENDENS FILED AND RECORDED - Recorded (OR. / 2017022555) | 2 | 📁 |
| ☐ | 2/23/2017 | 3 | NOTICE- VALUE | 1 | 📁 |
| ☐ | 2/23/2017 | 2 | CIVIL COVER SHEET | 2 | 📁 |
| ☐ | 2/23/2017 | 1 | COMPLAINT FORECLSE >$250,000 | 39 | 📁 |

Exhibit A